GOTHAM SILK HOSIERY CO., INC., v. ROMAN STRIPE MILLS, INC., and Others.—
Motion to dismiss appeal granted, without costs. Present — Dowling, P. J.,
Merrell, Finch, McAvoy and Martin, JJ.

FRANCES BALENZANO v. HARRY RAHWINKLE, Impleaded with FRANK MELE.—
Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling,
P. J., Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of MATTEO MAROLLA, Deceased.— Leave to serve notice of
appeal on special guardian *nunc pro tunc* granted, and motion to dismiss appeal
denied, without costs, with leave to renew if appellant fail to make such service
immediately and fail to diligently prosecute the appeal. Present — Dowling, P. J.,
Merrell, Finch, McAvoy and Martin, JJ.

DARTMOUTH MANUFACTURING CORPORATION v. WERTHY FABRIC COMPANY,
INC.— Motion to dismiss appeal denied, with ten dollars costs. Present —
Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of LOUIS F. PRICE for an Order Directing
Hon. HENRY BRUCKNER, President of the Borough of The Bronx, to Remove an
Obstruction at the Easterly End of Ditmars Street (a Public Street), City Island,
in the Borough of The Bronx, City of New York.— Motion to dismiss appeal
denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy
and Martin, JJ.

GEORGE B. WARD v. PATRICK A. POWERS.— Motion to dismiss appeal granted,
with ten dollars costs, unless the appellant procure the record on appeal to be
filed on or before November 10, 1927. Present — Dowling, P. J., Merrell, Finch,
McAvoy and Martin, JJ.

ANNIE SILVERMAN SCHUTZER v. LOUIS H. SCHUTZER.— Motion to dismiss
appeal denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch,
McAvoy and Martin, JJ.

GERTRUDE CHALLIS v. EDWARD ECKLAND.— Motion to dismiss appeal granted,
with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and
Martin, JJ.

ESTHER C. SHOYER v. NEW YORK ATHLETIC CLUB.— Motion to dismiss appeal
granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy
and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ROSE PELLETERI, Alias ROSE
LEE.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell,
Finch, McAvoy and Martin, JJ.